FILED
2009 Feb-02  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:08-CV-02172-LSC |
| ) | |
| JAMES BRAUGHTON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

<u>FINDINGS AND CONCLUSIONS</u>

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

l.   The Summons and Complaint were served upon Defendant on December 18, 2008 ; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant is not an infant or incompetent person, nor has

Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

    3.   Defendant is indebted to Plaintiff in the principal sum of $28,319.50, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $.00 through February 2, 2009 at the rate of 0.00 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $.00, and costs of Process Service $55.00.

    4.   Plaintiff is due to recover from Defendant the total sum of 28,724.50, plus interest from February 2, 2009, until date of judgment at the rate of 0.00 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full.  A judgment will enter accordingly.

    Done this <u>2nd</u> day of February 2009.

                                                    L. SCOTT COOGLER
                                        UNITED STATES DISTRICT JUDGE